# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**AMBER E. FAIRROW**                                                                       **PLAINTIFF**

**VS.**                                **4:18CV00034-BRW**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration,**                              **DEFENDANT**

## ORDER

I have received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review of the RD, as well as a *de novo* review of the record, I approve and adopt the RD in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 12th day of September, 2018.

                                                        /s/ Billy Roy Wilson _____
                                                        UNITED STATES DISTRICT JUDGE