# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**AMBER E. FAIRROW**                                                  **PLAINTIFF**

**VS.**                               **4:18CV00034-BRW**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration,**                             **DEFENDANT**

## JUDGMENT

Based on the Order entered today, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 12th day of September, 2018.

                                                   /s/ Billy Roy Wilson _____
                                                   UNITED STATES DISTRICT JUDGE